IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



FILED
JUL - 5 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Criminal No. 3:17CR**083** | |
| | ) | | |
| VICTOR M. DANDRIDGE, III, | ) | Counts 1, 3: | Wire Fraud |
| | ) | | (18 U.S.C. § 1343) |
| Defendant. | ) | | |
| | ) | Count 2: | Bank Fraud |
| | ) | | (18 U.S.C. § 1344) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Wire Fraud)

1. From in or around January 2006 to in or around April 2016, within the Eastern District of Virginia and elsewhere, the defendant, VICTOR M. DANDRIDGE, III, knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises to Victim #1, did knowingly and unlawfully transmit and cause to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs, and signals for the purpose of executing the scheme and artifice.

(All in violation of Title 18, United States Code, Section 1343.)

## Count Two
(Bank Fraud)

2. From at least on or about May 15, 2015, until on or about October 15, 2016, in the Western District of Virginia, the defendant, VICTOR M. DANDRIDGE, III, did knowingly and unlawfully execute a scheme and artifice to defraud and obtain moneys, assets, and property owned by and under the custody and control of Blue Ridge Bank, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses.

(All in violation of Title 18, United States Code, Section 1344.)

## Count Three
(Wire Fraud)

3. In or about April 2014, within the Western District of Virginia and elsewhere, the defendant, VICTOR M. DANDRIDGE, III, knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises from Virginia Omicron Chapter House Association, did knowingly and unlawfully transmit and cause to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs, and signals for the purpose of executing the scheme and artifice.

(All in violation of Title 18, United States Code, Section 1343.)

## Forfeiture Allegation

Pursuant to Federal Rule of Criminal Procedure 32.2, the defendant is advised that upon conviction of the offenses charged in Counts One, Two, and Three of the Criminal Information,

he shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation charged in Counts One, Two, and Three. (In accordance with 18 U.S.C. §§ 981(a)(1)(C), 982 and 28 U.S.C. § 2461(c)).

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By: *[signature]*
        Jessica D. Aber
        Assistant United States Attorney