UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
CASE NO: 3:17-cr-83



VICTOR MACEO DANDRIDGE III,

    DEFENDANT,

v.

UNITED STATES OF AMERICA,

    RESPONDENT.

### MOTION TO COMPEL UNITED STATES TO GIVE PROPER CREDIT TO DEFENDANT'S RESTITUTION TOTALS

COMES NOW Defendant Victor Maceo Dandridge III, pro se, humbly filing in this Honorable Court Defendant's Motion to Compel United States to Give Proper Credit to Defendant's Restitution Totals. Restitution victims stemming from Defendant's criminal activity and convictions have made substantial recoveries through Defendant's personal and corporate bankruptcies through entities over which he exercised control in addition, based upon information and belief, other civil actions which resulted in monetary recoveries for the restitution victims which should be used to offset the amount of Defendant's court order restitution.

### PROCEDURAL HISTORY

As outlined in his Statement of Facts and Presentence Report, Dandridge approached his victim, L.K., shortly after her husband's untimely death. He had been best friends with L.K.'s late husband since childhood. PSR ¶ 12 (ECF No. 17). He made an offer that the grieving young widow could not refuse: I will manage your late husband's money and ensure that you and the girls—L.K.'s two young daughters—are well taken care of. Id. In early 2006, in her time of grief, L.K. entrusted the defendant with her husband's life savings. Id. Dandridge assured L.K. he would invest this fortune, approximately $6.5 million, conservatively in primarily traditional mutual funds. PSR ¶ 12. He promised not to take any management fees or compensation for his assistance. PSR ¶ 10(11).

Over the years, Dandridge assured L.K. that her money was safe. When she asked for discrete sums for certain expenses, he provided it to her. Conversely, when Dandridge asked L.K. to authorize certain wire transfers between accounts, she trusted him. But Dandridge never provided any account statements to L.K. after 2006. PSR ¶ 10(13). Dandridge never told L.K.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
CASE NO: 3:17-cr-83

that he was using her money to prop up his failing franchise businesses and to supplement his lifestyle. PSR ¶ 10(12). He simply proceeded to use her money as his own, to some extent, until L.K. became suspicious in 2015-16. PSR ¶ 10(15). In total, the United States attributed $3,191,793.71 in losses to L.K. as a result of the fraud.

When Dandridge was interviewed by law enforcement in December 2016, he also disclosed two other separate frauds. First, he admitted to making false statements to Blue Ridge Bank in order to obtain a $300,000 line of credit. PSR ¶ 10(18-28). Second, he admitted that during his tenure as president of his fraternity alumni association, he stole loan proceeds from the refinance of the fraternity house. PSR ¶ 10(29-39).

Dandridge timely cooperated and agreed to plead guilty to a Criminal Information. He subsequently pleaded guilty to this three-count Information, which alleged two counts of Wire Fraud, in violation of 18 U.S.C. § 1343, and one count of Bank Fraud, in violation of 18 U.S.C. § 1344. (ECF Nos. 1, 9-12.) One count pertained to his defrauding of L.K., and for the other two he waived venue and agreed to plead guilty to his defrauding of Blue Ridge Bank and his fraternity. The United States requested a guideline sentence and the Court agreed, imposing a sentence of 84 months total. (ECF No. 30.) At sentencing, the United States called one witness, the victim, L.K., to testify, and Dandridge called four. (ECF No. 33.) Dandridge was surprised to be remanded immediately. The judgment was entered on November 14, 2017. (ECF No. 30.) Dandridge did not appeal to the United States Court of Appeals for the Fourth Circuit. He then filed this timely pro se motion to vacate under 28 U.S.C. § 2255 on November 9, 2018. (ECF No. 34.)

Since that time, Dandridge has filed a motion for compassionate release (ECF Nos. 36, 43), which was denied (ECF No. 53). He also has filed subsequent pro se motions for compassionate release related to the Covid-19 pandemic. (ECF Nos. 59-63.). On December 15, 2021, Defendant was released to home confinement pursuant to the CARES Act.

## DISCUSSION

In March 2017, Defendant filed personal bankruptcy in the Western District of Virginia (case number 17-60578 Victor Maceo Dandridge III). Subsequently, Runnymede Capital Management, an entity 100% controlled and owned by Defendant filed bankruptcy as well in

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division
CASE NO: 3:17-cr-83

the Western District (case number 6:1761506). Additionally, upon information and belief, civil legal actions were pursued by Defendant's restitution victims. These three events created substantial financial recoveries for Defendant Dandridge's restitution victims.

Exhibit A is an email exchange between Dandridge and his public defender as the time, Mary McGuire, Esq. Based on a recent phone conversation with Clerk of Court Laurie Breeden who confirmed to Defendant that no recoveries from the previously listed actions had been credited towards Defendant's restitution total.

The purpose of this motion is quite simple. Defendant respectfully asks that the Honorable Court compel the government to properly account for his restitution totals to date.

### CONCLUSION

WHEREFORE, to accurately reflect the court record, Defendant humbly prays that this Court will grant his motion such that his restitution totals can be updated and any other such relief that his Court deems necessary.

July 25, 2022

Respectfully submitted,

_____
Victor Maceo Dandridge III
249 Bayberry Lane
Gordonsville, VA 22942

## EXHIBIT A

Email Exchange between Defendant and His Counsel

**From:** Victor D <vmd3sticks@gmail.com>
**Subject:** Fwd: Motion
**Date:** July 16, 2022 at 6:30 PM
**To:** Victor Dandridge vmd3sticks@gmail.com

Peace. Love. Grace.

Victor M. Dandridge III

> Begin forwarded message:
>
> **From:** Mary Maguire <Mary_Maguire@fd.org>
> **Subject: RE: Motion**
> **Date:** January 11, 2022 at 9:32:08 AM EST
> **To:** Victor D <>
>
> No. If you want to see what has been credited in the case you can contact Laurie Breeden in the Clerk's Office. You will just need to provide your case number to her. (804) 916-2207.
>
> **From:** Victor D <>
> **Sent:** Tuesday, January 11, 2022 9:05 AM
> **To:** Mary Maguire <Mary_Maguire@fd.org>
> **Subject:** Re: Motion
>
> Thanks Mary. Did Aber ever answer the question concerning other recoveries that victims had received based upon my fraud?
>
> Vic
>
> Peace. Love. Grace.
>
> Victor M. Dandridge III
>
>> On Jan 11, 2022, at 8:01 AM, Mary Maguire <Mary_Maguire@fd.org> wrote:
>>
>> Good Morning Mr. Dandridge:
>>
>> Glad to hear you are home. I have not filed any motion concerning the restitution because AUSA Aber agreed that you would get credit toward the

restitution based upon the payments made both in the personal bankruptcy and commercial bankruptcy. The Trustee Reports in both cases were sent to her and forward to the Financial Litigation Unit so that they could be credited to your account.

Mary

**From:** Victor D <███████████>
**Sent:** Tuesday, January 11, 2022 6:45 AM
**To:** Mary Maguire <Mary_Maguire@fd.org>
**Subject:** Motion

Good day Mary. I was finally released on December 15th and have been happily homebound since the following day - I wanted to pick up with the motion you were going to file regarding my restitution payments. Has that occurred yet?

Thanks in advance.

Vic

~~~~~~~~~~~~~~~~~~~~~

Peace. Love. Grace.

Victor M. Dandridge III

FROM THE DESK OF

# Victor M. Dandridge III

July 26, 2022

Clerk of Court
United States District Court
701 East Broad Street
Richmond, VA 23219

    Re: <u>United States v. Dandridge/Criminal Case 3:17cr83</u>

Dear Madam or Sir:

Please file the enclosed motion for the Eastern District of Virginia.

Thank you for your kind assistance regarding this matter.

Sincerely,

*[signature]*

Victor M. Dandridge III

249 BAYBERRY LANE, ZION CROSSROADS, VA 22942 * 434.989.9800 * VMD3STICKS@GMAIL.COM