IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:17-cr-83–HEH |
| ) | |
| VICTOR M. DANDRIDGE, III, ) | |
| ) | |
| Defendant. ) | |

## ORDER
### (Granting Defendant's Motion to Properly Credit Restitution)

THIS MATTER is before the Court on Defendant Victor M. Dandridge, III's ("Defendant") Motion for Clarification (ECF No. 56) and Motion to Compel the United States to Give Proper Credit to Defendant's Restitution Totals (ECF No. 79), filed on December 17, 2020, and July 28, 2022, respectively. The Government has responded (ECF No. 82) and agrees that Defendant's restitution balance should be reduced by the amounts disbursed to the victims through Defendant's bankruptcy proceedings.

On November 13, 2017, the Court entered a restitution order against Defendant in the following amounts: $3,191,793.71 owed to L.K.; $287,276.47 owed to Blue Ridge Bank; and $118,527.19 owed to Virginia Omicron Chapter House Association. (ECF No. 28.) Defendant's total restitution obligation was $3,597,597.37. (*Id.*)

According to the reports of the bankruptcy trustee, as a result of Defendant and his company Runneymede Capital Management, Inc.'s bankruptcy proceedings in the Western District of Virginia, Defendant's fraud scheme victims were able to make claims against these bankruptcy estates. (ECF Nos. 82-1, 82-2.) The total disbursement amount

obtained by each victim are as follows: L.K. obtained a total of $1,052,064.87; Blue Ridge Bank obtained a total of $1,000.00; and Virginia Omicron Chapter House Association obtained a total of $16,209.93. The total amount obtained by all victims is $1,069,274.80.

Under 18 U.S.C. § 3664(j)(2)(A), "[a]ny amount paid to a victim under an order of restitution shall be reduced by any amount later recovered as compensatory damages for the same loss by the victim in any Federal civil proceeding." Because the victims were able to receive disbursements from the bankruptcy estates, Defendant should be properly credited and his total restitution owed should be reduced by the total amount obtained by the victims. Additionally, the restitution owed as to each individual victim should also be reduced to reflect the disbursements they obtained.

The Clerk is hereby ORDERED to deduct the following amounts from Defendant's restitution obligation:

- Amount owed to L.K reduced by **$1,052,064.87**;

- Amount owed to Blue Ridge Bank reduced by **$1,000.00**;

- Amount owed to Virginia Omicron Chapter House Association reduced by **$16,209.93**;

- As a result of the individual disbursements, Defendant's total restitution obligation should be reduced by **$1,069,274.80**.

The Clerk is also directed to send a copy of the Memorandum Order to all counsel of record and to Defendant personally.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: Jan. 19, 2023
Richmond, VA